| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | KARNAIL SINGH KHALSA, | ) |
| | | ) No. C 08-5659 WHA |
| 13 | Plaintiff, | ) |
| | | ) |
| 14 | ROSEMARY MELVILLE, Director, USCIS | ) **STIPULATION TO EXTEND DATES;** |
| | San Francisco District Office; ROBIN L. Barrett, | ) **AND [PROPOSED] ORDER** |
| 15 | Field Office Director; USCIS San Francisco | ) |
| | District Office; GERARD HEINAUER, Director, | ) |
| 16 | USCIS Nebraska Service Center; MICHAEL | ) |
| | AYTES, Acting Deputy Director, USCIS; U.S. | ) |
| 17 | Citizenship and Immigration Services; | ) |
| | MICHAEL CHERTOFF, Secretary, USDHS; | ) |
| 18 | U.S. Department of Homeland; ROBERT S. | ) |
| | MUELLER, Director, Federal Bureau of | ) |
| 19 | Investigations; MICHAEL B. MUKASEY, | ) |
| | U.S. Attorney General, | ) |
| 20 | | ) |
| | Defendants. | ) |
| 21 | | ) |

22   The Plaintiff, by and through his attorney of record, and Defendants by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of

24 Defendants' answer. Plaintiff is scheduled for an interview on his adjustment of status application

25 on February 27, 2009, and the parties agree that there is a reasonable likelihood that this case can

26 be administratively resolved in the next 60 days, and that the case will be moot.

27   Accordingly, the parties respectfully ask this Court to extend the date of Defendants' answer

28 by 60 days. If the case becomes moot, the parties will file a stipulation to dismiss. If the case is

Stipulation to Extend
C08-5659 WHA           1

1  not administratively resolved, the Defendants will file their answer to Plaintiff's complaint.

2  Date: February 20, 2009　　　　　　　　　　Respectfully submitted,

3  　　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

4

5  　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　ILA C. DEISS[1]
6  　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
7

8

9  Date: February 20, 2009　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT B. JOBE
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
10

11  　　　　　　　　　　　　　　**ORDER**

12  　　Pursuant to stipulation, IT IS SO ORDERED.

13  Date: February 25, 2009

14  　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
15  　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend
C08-5659 WHA　　　　　　　　　　2