1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7

8  Attorneys for Defendants

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 KARNAIL SINGH KHALSA,              )
                                       ) No. C 08-5659 WHA
13              Plaintiff,             )
                                       )
14 ROSEMARY MELVILLE, Director, USCIS )  **STIPULATION TO DISMISS AND**
   San Francisco District Office; ROBIN L. Barrett, ) **[PROPOSED] ORDER**
15 Field Office Director; USCIS San Francisco )
   District Office; GERARD HEINAUER, Director, )
16 USCIS Nebraska Service Center; MICHAEL )
   AYTES, Acting Deputy Director, USCIS; U.S. )
17 Citizenship and Immigration Services; )
   MICHAEL CHERTOFF, Secretary, USDHS; )
18 U.S. Department of Homeland; ROBERT S. )
   MUELLER, Director, Federal Bureau of )
19 Investigations; MICHAEL B. MUKASEY, )
   U.S. Attorney General, )
20                                     )
                Defendants.            )
21 _____ )

22     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25 ///

26 ///

27 ///

28

Stipulation to Dismiss
C08-5659 WHA                                    1

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees. |
| 2 | Date: April 17, 2009                        Respectfully submitted, |

Date: April 17, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: April 17, 2009

/s/
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 22, 2009

WILLIAM ALSUP
United States District Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup)*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-5659 WHA                    2